182 P.2d 89

PIMA COUNTY, a municipal corporation, Amphitheatre High School District No. 4, Pima County, Arizona, a municipal corporation, and A. B. Cole, County Treasurer of Pima County, and ex-officio Tax Collector, Appellants, v. J. R. WHITING, Jr., Appellee.

No. 4923.

Supreme Court of Arizona.

June 25, 1947.

J. Mercer Johnson, Co. Atty., and Odin B. Dodd, Deputy Co. Atty., both of Tucson, for appellants.

Fred W. Fickett, and William S. Dunipace, both of Tucson, for appellee.

PER CURIAM.

The facts and principles of law applicable to this appeal are set forth and discussed in the case of Martin et al. (Board of Supervisors) v. Whiting, 65 Ariz. 391, 181 P.2d 819, decided this date. For the reasons set forth therein the judgment appealed from in the present case is affirmed.